IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
MONTE ROSENZWEIG and GOLD
STANDARD AGENCY, INC.
on behalf of plaintiffs and the class members
described below,

              Plaintiffs,

  v.

PRO RESTORATION, INC., and PRO RESTORATION
CLEANING & DISASTER SERVICES, INC., both
doing business as SERV-PRO OF PORT JEFFERSON.,
and NSLI RESTORATION, INC., doing business as
SERV-PRO of HICKSVILLE/PLAINVIEW and JOHN
DOES 1-10

              Defendant.
---------------------------------------------------------------x

Civil Action No. 18-cv-02947

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to this proceeding, the above-entitled action is hereby dismissed pursuant to F.R.C.P. 41(a)(1)(A)(ii), without costs to either party as against the other, and the claims of plaintiffs, Monte Rosenzweig and Gold Standard Agency, Inc., individually, are dismissed with prejudice. The claims alleged on behalf of the putative class members are dismissed without prejudice.

Dated: New York, New York
       November 16, 2018

JAKUBOWSKI, ROBERTSON, MAFFEI,
GOLDSMITH & TARTAGLIA, LLP

By: _____
     Mark Goldsmith, Esq.
     Adam Shatzkes, Esq.

EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC

By: _____
     Tiffany N. Hardy, Esq.

| | |
|---|---|
| *Attorneys for Defendants* | *Attorney for Plaintiff* |
| 969 Jericho Turnpike | 20 South Clark Street, Suite 1500 |
| Saint James, New York 11780 | Chicago, Illinois 60603 |
| (631) 360-0400 | (312) 739-4200 |
| mgoldsmith@jrmgattorneys.com | thardy@edcombs.com |
| ashatzkes@jrmgattorneys.com | |

ADAM J. FISHBEIN, ESQ.
735 Central Avenue
Woodmere, New York 11598
(516) 668-6945
fishbeinadamj@gmail.com

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, certify that on November 19, 2018, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which cases delivery and notification of such filing upon all attorneys of record.

*s/Tiffany N. Hardy*
Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)