IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MONTE ROSENZWEIG and GOLD STANDARD AGENCY, INC. on behalf of plaintiffs and the class members described below,

    Plaintiffs,

v.

PRO RESTORATION, INC., and PRO RESTORATION CLEANING & DISASTER SERVICES, INC., both doing business as SERV-PRO OF PORT JEFFERSON., and NSLI RESTORATION, INC., doing business as SERV-PRO of HICKSVILLE/PLAINVIEW and JOHN DOES 1-10

    Defendant.

------------------------------------------------------------x

**FILED**
**CLERK**

11/20/2018 11:57 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Civil Action No. 18-cv-02947

**STIPULATION OF DISMISSAL**

Case closed.
SO ORDERED.
/s/ JMA, USDJ
11/20/2018

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to this proceeding, the above-entitled action is hereby dismissed pursuant to F.R.C.P. 41(a)(1)(A)(ii), without costs to either party as against the other, and the claims of plaintiffs, Monte Rosenzweig and Gold Standard Agency, Inc., individually, are dismissed with prejudice. The claims alleged on behalf of the putative class members are dismissed without prejudice.

Dated: New York, New York
   November 16, 2018

JAKUBOWSKI, ROBERTSON, MAFFEI,
GOLDSMITH & TARTAGLIA, LLP

By: _____
Mark Goldsmith, Esq.
Adam Shatzkes, Esq.

EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC

By: _____
Tiffany N. Hardy, Esq.

*Attorneys for Defendants*
969 Jericho Turnpike
Saint James, New York 11780
(631) 360-0400
mgoldsmith@jrmgattorneys.com
ashatzkes@jrmgattorneys.com

*Attorney for Plaintiff*
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
thardy@edcombs.com

ADAM J. FISHBEIN, ESQ.
735 Central Avenue
Woodmere, New York 11598
(516) 668-6945
fishbeinadamj@gmail.com

### CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, certify that on November 19, 2018, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which cases delivery and notification of such filing upon all attorneys of record.

*s/Tiffany N. Hardy*
Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)